```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: May 07, 2010
```


```
                                    _____
                                    SARAH S. CURLEY
                                    U.S. Bankruptcy Judge
_____
```

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08992

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-06265-SSC |
| Jose M. Hernandez, Jr. and Cheryl A. Hernandez<br>　　　　Debtors. | Chapter 7 |
| CitiMortgage, Inc.<br>　　　　Movant,<br>　　vs.<br>Jose M. Hernandez, Jr. and Cheryl A. Hernandez, Debtors, Maureen Gaughan, Trustee.<br>　　　　Respondents. | ORDER<br><br>(Related to Docket #9) |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 13, 2007 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Jose M. Hernandez, Jr. and Cheryl A. Hernandez have an interest in, further described as:

> LOT 332, KEMPTON CROSSING, ACCORDING TO BOOK 483 OF MAPS, PAGE 48, RECORDS OF MARICOPA COUNTY, ARIZONA.
> EXCEPT ALL GAS, OIL, METALS AND MINERAL RIGHTS AS RESERVED IN PATENT FROM THE STATE OF ARIZONA RECORDED IN BOOK 172 OF DEEDS, PAGE 455.
> A.P.N.: 303-71-506

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.